IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHNIE AND MARGARET ROACH                                    PLAINTIFF

   vs.              CASE No. 04-2245

BIG MAC TANK TRUCKS, INC.                                    DEFENDANTS

### **ORDER**

Now on this 22nd day of September, 2005, comes the plaintiff's motion to administratively close the above styled case filed on September 22, 2005. The Court, being well and sufficiently advised, and there being no objection from the defendant, hereby GRANTS the motion. The above styled case is administratively terminated and the plaintiffs have reserved their right to reopen the above styled case upon a formal motion being filed with the Court.

   IT IS SO ORDERED.

                                       /s/ Robert T. Dawson
                                       _____
                                       Robert T. Dawson
                                       United States District Judge